*Dowdey* for petitioner. *Samuel Z. Goldman* and *Joseph D.. Bulman* for respondent.

No. 165, Misc.  Moyle *v.* Teets, Warden.  District Court of Appeal of California, First Appellate District. Certiorari denied.

No. 133, Misc.  Little *v.* Utah.  Supreme Court of Utah.  Certiorari denied.

No. 149, Misc.  Downie *v.* Jackson, Warden.  Appellate Division of the Supreme Court of New York, Third Judicial Department.  Certiorari denied.

No. 92, October Term, 1955.  Black et al. *v.* Cutter Laboratories, 351 U. S. 292;

No. 320, October Term, 1955.  Parr *v.* United States, 351 U. S. 513;

No. 373, October Term, 1955.  Commissioner of Internal Revenue *v.* LoBue, 351 U. S. 243;

No. 451, October Term, 1955.  Railway Employes' Department, American Federation of Labor, et al. *v.* Hanson et al., 351 U. S. 225;

No. 489, October Term, 1955.  Durley *v.* Mayo, Custodian, Florida State Prison, 351 U. S. 277;

No. 529, October Term, 1955.  De Sylva *v.* Ballentine, Guardian, 351 U. S. 570; and

No. 573, October Term, 1955.  Chicago & North Western Railway Co. *v.* Department of Revenue of Illinois, 351 U. S. 950.  Petitions for rehearing denied.